IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED
APR 2 2 2019

No. 18-50901

PATRICIA GILL,

    Plaintiff - Appellant

v.

DIRTT ENVIRONMENTAL SOLUTIONS, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
5:17-cv-3-DAE

ORDER:

IT IS ORDERED that Appellant's motion to file a reply brief out of time is GRANTED.

STUART KYLE DUNCAN
UNITED STATES CIRCUIT JUDGE